NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AMNEAL PHARMACEUTICALS, LLC,**
*Appellant*

**v.**

**ENDO PHARMACEUTICALS INC.,**
*Appellee*

———————————

2016-1217

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00360, IPR2014-01365.

———————————

**JUDGMENT**

———————————

BRENDA L. JOLY, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by JACOB M. HOLDREITH, JAMIE R. KURTZ; OREN D. LANGER, New York, NY.

JOSEPH A. MAHONEY, Mayer Brown, LLP, Chicago, IL, argued for appellee. Also represented by ERICK J. PALMER.

THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for

intervenor Michelle K. Lee. Also represented by MONICA BARNES LATEEF, FRANCES LYNCH, JOSEPH MATAL, SCOTT WEIDENFELLER.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2016          /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                         Clerk of Court